No. 10,051.

LA CAISSE GENERALE DES ASSURANCES AGRICOLES ET DES ASSURANCES CONTRE L'INCENDIE ET AL. *v.* CARPENTER.

From the Vigo Circuit Court.

*C. P. Jacobs* and *C. S. Spritz,* for appellants.

*G. A. Knight, C. H. Knight, S. M. McGregor, I. N. Compton, C. F. McNutt* and *J. G. McNutt,* for appellee.

BICKNELL, C. C.—The decisive question in this case is the same as in *Traders Ins. Co.* v. *Carpenter, ante,* p. 350. Here, as in that case, the appeal was taken after the appellant had prosecuted to final judgment a bill of review in the circuit court, for error of law appearing in the record of the original judgment. Thereby this appeal was barred. It ought to be dismissed, for the reasons stated in the preceding case.

PER CURIAM.—It is therefore ordered that the appeal herein be and the same is hereby dismissed, at the costs of the appellants.

---

No. 10,482.

PEACHER *v.* THE STATE.

From the Orange Circuit Court.

*T. B. Buskirk,* for appellant.

*F. T. Hord,* Attorney General, and *H. C. Duncan,* Prosecuting Attorney, for the State.

ZOLLARS, J.—Appellant was convicted upon an indictment charging him with living in open and notorious fornication. The evidence is the same as in *Peacher* v. *State, ante,* p. 601. Upon the authority of that case, the judgment is reversed, with instructions to the court below to grant a new trial.

---

. No. 10,556.

BERNDT *v.* REITZ ET AL.

From the Vanderburgh Circuit Court.

*C. A. DeBruler* and *E. R. Hatfield,* for appellant.

*C. Denby* and *D. B. Kumler,* for appellees.

HOWK, J.—In this case the only error assigned by the appellant, the defendant below, is the decision of the court in overruling his motion for a new trial. The only causes assigned for such new trial were, that the finding of the court was contrary to and not sustained by the evidence, and that it was contrary to law. Manifestly, therefore, the only question for the decision of this court is this : Is there legal evidence in the record tending to sustain the finding of the trial court on every material point? This question must be answered in the affirmative. The finding is sustained by an abundance of such evidence, and there is none, we think, to the contrary. In such a case this court will not disturb the finding of the trial court. *Fort Wayne, etc., R. R. Co.* v. *Husselman,* 65 Ind. 73; *Stockwell* v. *Thomas,* 76 Ind. 506; *Walker* v. *Beggs,* 82 Ind. 45.

The motion for a new trial was correctly overruled.

The judgment is affirmed, with costs and ten per centum damages.